UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-20416-CIV-SCOLA/GOODMAN

TOM HUSSEY PHOTOGRAPHY, LLC,

    Plaintiff,

v.

HELEN FRANCES REAVES,
PETR HORCIK, FLS CORP, ALBÁN
COMMUNICATIONS, INC. and
FRANCES T. ALBÁN,

    Defendants.

### NOTICE OF ACCEPTANCE OF THE ALBÁN DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to Fed. R. Civ. P. 68(a), Plaintiff Tom Hussey Photography, LLC ("***Plaintiff***"), by and through its counsel, Duane Morris LLP, hereby provides notice of Plaintiff's acceptance of Defendants Albán Communications, Inc. and Frances T. Albán's (collectively, "***Albán Defendants***") Offer of Judgment served by electronic mail on September 22, 2022.

DATED this 24th day of September, 2022

                              **DUANE MORRIS LLP**

                              */s/ Julian A. Jackson-Fannin*
                              Julian A. Jackson-Fannin, Esq.
                              Florida Bar No. 0093220
                              JJFannin@dunemorris.com
                              201 S. Biscayne Blvd., Suite 3400
                              Miami, Florida 33131
                              Tel: 305-960-2253
                              Fax: 305-402-0544

                              -and-

*Case No. 1:22-CV-20416*

Steven M. Cowley, Esq.
(Admitted *pro hac vice*)
100 High Street, Suite 2400
Boston, MA  02110-1724
Tel: 857-488-4261
Fax:  857-401-3090
SMCowley@duanemorris.com

*Counsel for Plaintiff*

*Case No. 1:22-CV-20416*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends and electronic notification to CM/ECF participants. I further certify that I served a copy of the foregoing on Defendant Helen Frances Reaves via email to hfrancesr@parentyourparents.com.

*/s/ Julian A. Jackson-Fannin*
Julian A. Jackson-Fannin, Esq.

DM2\16432509.1