# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 22-cv-20416-RNS

TOM HUSSEY PHOTOGRAPHY LLC,

          Plaintiff,

v.

HELEN FRANCES REAVES,
ALBAN COMMUNICATIONS, INC. and
FRANCES T. ALBAN,

          Defendants.

**DEFENDANTS' FRANCES T. ALBAN AND ALBAN COMMUNICATIONS, INC.'S**
**OFFER OF JUDGMENT UNDER FED. R. CIV. P. 68**

TO: Plaintiff, TOM HUSSEY PHOTOGRAPHY, LLC
c/o Plaintiff's Counsel:  Steve Cowley, Esq., and Julian Jackson-Fannin, Esq.

Defendants, FRANCES T. ALBAN and ALBAN COMMUNICATIONS, INC. (collectively "Alban Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 68 offer to allow judgment to be taken against FRANCES T. ALBAN and ALBAN COMMUNICATIONS, INC by the Plaintiff, TOM HUSSEY PHOTOGRAPHY LLC, for the sum of $7,500.00, in resolution of all claims raised by Plaintiff, TOM HUSSEY PHOTOGRAPHY LLC, against the Alban Defendants,  amount which includes costs accrued to this date, including attorneys' fees pursuant to 17 U.S.C. § 505.  This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure, and evidence of this offer is not admissible except in a proceeding to determine costs. If this offer is not accepted in writing within 14 days after it is served, it will be deemed withdrawn.

Dated: September 22, 2022

Frances T. Alban and Alban Communications, Inc.
Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2022, this Offer of Judgment was served to Counsel

for the Plaintiff  via Email to: Steven M. Cowley, Esq: SMCowley@duanemorris.com and Julian Jackson-

Fannin, Esq.: jjfannin@duanemorris.com.

**Pike & Lustig, LLP**

*/s/ Daniel Lustig*
**Michael J. Pike, Esquire**
**Florida Bar No.: 617296**
**Daniel Lustig, Esquire**
**Florida Bar No.: 059225**
**Timothy O'Neill, Esquire**
**Florida Bar No.: 130877**
**1209 N. Olive Avenue**
**West Palm Beach, FL 33401**
**Telephone: (561) 855-7585**
**Facsimile: (561) 855-7710**
**pleadings@pikelustig.com**