# EXHIBIT B

**Jackson-Fannin, Julian A.**

| | |
|---|---|
| **From:** | Jackson-Fannin, Julian A. |
| **Sent:** | Saturday, September 24, 2022 5:33 PM |
| **To:** | Daniel Lustig; Stacey Chapman (Litigation@pikelustig.com |
| **Cc:** | H Frances Reaves; Cowley, Steven M. |
| **Subject:** | RE: Service of Court Documents CASE NO. 22-CV-20416 - Notice of Acceptance of the Alban Defendants' Offer of Judgment |
| **Attachments:** | Hussey v. Reaves - Notice of Acceptance of the Alban Defendants' Offer of Judgment.pdf; Offer of Judgment -48780.pdf |

Counsel,

Please find attached the Plaintiff's Notice of Acceptance of the Alban Defendants' Offer of Judgment, which will be filed with the Court today.  Additionally, in light of Plaintiff's acceptance, we understand that this concludes the litigation against the Alban Defendants.  As such, Plaintiff will not appearing at the Rule 30(b)(6) deposition previously noticed to take place tomorrow, September 25, 2022, and considers the same to be canceled.

Regards,

Julian



**From:** Daniel Lustig <daniel@pikelustig.com>
**Sent:** Thursday, September 22, 2022 5:03 PM
**To:** Cowley, Steven M. <SMCowley@duanemorris.com>; Stacey Chapman (Litigation@pikelustig.com <litigation@pikelustig.com>
**Cc:** Jackson-Fannin, Julian A. <jjfannin@duanemorris.com>
**Subject:** Service of Court Documents CASE NO. 22-CV-20416

| SERVICE OF COURT DOCUMENTS | |
|---|---|
| COURT: | In the United States District Court for the Southern District of Florida Miami Division |

| CASE NUMBER | CASE NO.:  22-20416-CIV-Scola/Goodman |
|---|---|
| PARTIES | TOM HUSSEY PHOTOGRAPHY LLC,<br><br>Plaintiff,<br><br>v.<br><br>HELEN FRANCES REAVES,<br>ALBAN COMMUNICATIONS, INC. and<br>FRANCIS T. ALBAN,<br><br>Defendants |
| DOCUMENT(S) FILED WITH COURT: | |
| DOCUMENT(S) NOT FILED WITH COURT: | 1.   Offer of Judgment Pursuant to Fed. R. Civ. P. 68 |
| SERVED BY | **Daniel Lustig, Esq**<br>daniel@pikelustig.com |

**THE TRANSMISSION OF THIS E-MAIL MESSAGE CONSTITUTES SERVICE UNDER FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516**

**Sincerely,**

**Daniel Lustig - Attorney at Law**



PIKE & LUSTIG, LLP
        TRIAL LAWYERS
Phone:      (561) 855-7585 – Main
            (561) 855-7563 – Direct
            (561) 855-7710 – Facsimile

[www.pikelustig.com](www.pikelustig.com) – Website

**West Palm Beach Office**
1209  N. Olive Avenue,
West Palm Beach, Florida 33401

**Wellington Office**
Chancellor South
12008 S. Shore Blvd
Suite 206
Wellington, FL 33414

**Miami Office**
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Phone:     (305) 697-9799 – Main
               (305) 809-8009 – Facsimile

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, is strictly confidential and may contain privileged material, including but not limited to information protected by the work product and attorney/client privileges. Furthermore, this e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please notify the sender immediately (by return e-mail or at the phone number above) and delete the e-mail from your computer. Please do not copy or use it for any purpose, do not disseminate it further, and destroy all copies of the original message.

